**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SHERYL BARRERA,** | **1:16-cv-848-LJO-SAB** |
| **Plaintiff,** | **ORDER RE STIPULATION TO DISMISS (Doc. 16) AND MOTION TO DISMISS (Doc. 7)** |
| v. | |
| **HOME DEPOT U.S.A., INC., et al.,** | |
| **Defendants.** | |

On August 16, 2016, the parties filed a stipulation to dismiss with prejudice Plaintiff's third, fourth, and fifth causes of action under Fed. R. Civ. P. 41 (a)(1). The parties also stipulate to the dismissal of Defendant Robert Joanou. The Court will construe this as a request from Plaintiff to amend the complaint under Fed. R. Civ. P. 15. *See Metcalf v. Countrywide Fin. Corp.*, No. C-09-2707 EDL, 2009 WL 2485750, at *1 (N.D. Cal. Aug. 11, 2009) (construing the plaintiff's voluntary dismissal of claims as amendment under Rule 15 rather than Rule 41 because "[i]t is well-established . . . that Rule 41(a)(1) cannot be used to dismiss individual claims against Defendants" (citations omitted)).

Accordingly, this Court DISMISSES with prejudice (1) Robert Joanou as a Defendant in this case and (2) Plaintiff's third, fourth, and fifth causes of action. Defendant's motion to dismiss (Doc. 7) is DENIED as moot.

IT IS SO ORDERED.

Dated:   **August 18, 2016**            /s/ Lawrence J. O'Neill
                                                    UNITED STATES CHIEF DISTRICT JUDGE

1