# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERYL BARRERA,<br><br>    Plaintiff,<br><br>    v.<br><br>HOME DEPOT U.S.A., INC., HOME DEPOT INC., ROBERT JOANOU and DOES 1 through 10, inclusive,<br><br>    Defendant. | Case No. 1:16-CV-00848-LJO-SAB<br><br>**ORDER CONTINUING MANDATORY SETTLEMENT CONFERENCE**<br><br>Complaint Filed: March 28, 2016<br>Trial Date: None Set |

Based upon the Stipulation of counsel filed on March 21, 2017, and good cause appearing, the Settlement Conference in this case is continued from March 28, 2017 to **May 12, 2017 at 10:30 a.m**. The parties are reminded to consult and follow the settlement procedures outlined in this Court's order issued on January 30, 2017 in preparation for the settlement conference. (Doc. 17).

IT IS SO ORDERED.

Dated:   **March 23, 2017**            **/s/ Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE

16cv848.Barrera.cont.settlement

Case No. 1:16-CV-00848-LJO-SAB
ORDER CONTINUING MANDATORY SETTLEMENT CONFERENCE