# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERYL BARRERA., <br><br> Plaintiff, <br><br> v. <br><br> HOME DEPOT U.S.A., INC., et al., <br><br> Defendants. | Case No. 1:16-cv-00848-LJO-SAB <br><br> ORDER RE STIPULATION TO CANCEL MANDATORY SETTLEMENT CONFERENCE AND CONTINUING TRIAL DATE AND ALL RELATED DEADLINES <br><br> (ECF No. 20) |

On April 19, 2017, the parties filed a stipulation to cancel the mandatory scheduling conference in this action and amend the scheduling order. (ECF No. 20.) On April 20, 2017, the court conducted an informal telephonic conference to discuss the stipulation. Based upon the discussion at the April 20, 2017 informal conference, IT IS HEREBY ORDERED that:

1. The settlement conference scheduled for May 12, 2017, at 10:30 a.m. in Courtroom 1 is VACATED; and

2. The parties request for further amendment of the scheduling order is DENIED.

IT IS SO ORDERED.

Dated: **April 20, 2017**

UNITED STATES MAGISTRATE JUDGE

1