# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERYL BARRERA,<br><br>Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., and HOME DEPOT, INC.,<br><br>Defendants. | CASE: 1:16–CV–00848–DWM<br><br>ORDER |

The Court having been notified of the settlement of this case, and it appearing that no issue remains for the Court's determination,

IT IS ORDERED that within 30 days of the date of this Order, the parties shall file a stipulation to dismiss together with a proposed order dismissing the case.

IT IS FURTHER ORDERED that all deadlines are VACATED and any pending motions are DENIED as moot. The jury trial set for December 12, 2017, is VACATED.

DATED this 16th day of June, 2017.

DONALD W. MOLLOY, DISTRICT JUDGE
UNITED STATES DISTRICT COURT