IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERYL BARRERA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>HOME DEPOT U.S.A., INC., and HOME DEPOT, INC.,<br><br>　　　　　Defendants. | CASE 1:16–CV–00848–DWM<br><br>ORDER |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs and attorney's fees. All pending motions are MOOT and all deadlines are VACATED.

DATED this 14th day of July, 2017.

_____
Donald W. Molloy, District Judge
United States District Court